FILED

APR - 4 2023

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY ___BT___
   DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

Plaintiff Lowell Green, #00518622

Case No. SA23CA0433 FB

v.

Defendant Alan D. Albright - United States District Judge, et al.

Please See Complaint attached

1) Green v. Parole Board (F82-90247-RU) 291st Dist. Court Dallas County, Texas. Case 3:21-cv-03190-K-BN Document 2 Filed 12/20/21 Page 12 of 19 PageID 14 Sept 21, 1982, Aggravated Robbery, FALSE IMPRISONMENT. There are two main elements to a Bivens action: 1(a) a Federal actor

1. <u>Alan D. Albright</u> United States District Judge Western District of Texas, Waco Division. Art. III under Art. VI of the United States Constitution Oath-of-Office ... public "trust", duties and obligations to conduct himself uprightly and abide by the United "States Congress" law and Texas Legislature's laws of the State of Texas. Art. III, Section 1. Vernon's Ann. St. Constitution. Art. XVI, §1 Oath ",

2. <u>Bivens</u>, and (2) tortious unconstitutional acts by Defendant Alan D. Albright

3. (5:23-CV-114) Treason to the United

Page 1. See other side.

Page 2 of 6

States Congress. NO. 5:23-CV-114 JKP, (Obstruction of Justice) is a Federal Crime. 18 USC § 401(1)(2012). 18 USC §§ 241, 242, 42 USC § 1985(2)(3): 42 U.S.C. § 1986. Congress cannot be defeated by judge or clerk. There is no such bar to a Federal Bivens Action against dishonest judge Alan D. Albright lying under Oath. 6:19-CV-008 (Cause NO. 1994-654-C) Jan. 02, 1994 (void) 25 years. WR-82,981-09. (6:19-CV-410)

(4) (Alan "Unclean hands" D. Albright),
(5) (6:21-CV-105) Alan D. Albright "Treason"
(6) (Green V. State) Tenth Court of Appeals Waco. 10-19-00017-CR (Actual) Innocence Cause no. 1994-654-C Aggravated Sexual Assault (119 Rogers Street, McGregor, tx 76657 Lowell Quincy Green 54th District Court of McLennan County Texas. Complainant Angela Loobsnogh. (6:19-CV-008) habeas

Page 2.

Corpus. (42 USC §1983) 6:19-cv-410 Pg 3 of 6
6:21-cv-105
Appl: 18-cv-313-ADA) 19-50037 (5th Cir) 2018
Attorney Abel Reyna, Prosecutor London Brinsden Luce. Public Defenders Stuart Schneider, Laurence E. Johnson Defense Investigator D. Youngblood

6. May 01, 2012. Docket Sheet: "WAIVER OF Arraignment" L. Johnson violated Federal law. 54th District Court McLennan County, Texas.

7. May 09, 2013. STATE'S SUBPOENA On Waco Police Officer J. Fink Returned "UNEXECUTED" violated Federal law. 28 U.S.C. §242. & 1 Ku Klux Klan Act April 20, 1871

8. Reinstate FRAP 27.1.8
9. 19-50037 Green v. Finch, et al

Page 3. See other side.

USDC. NO. 6:18-CV-313 (Alan D. Albright) Bad Behavior (WR-82,981-09)(4:19-CV-0005) S.D. Tex. Houston Jan. 02, 2019. Hon. Gray H. Miller, Edward Larry Marshall. Lorie Davis. will testify against Alan D. Albright. 6:14-CV-008 (is)(4:14-CV-00051)

(11.) NO. 3:22-CV-01248 (N.D. Tex. Dallas) Magistrate Judge Rebecca X. Rutherford, Deputy Clerk's axm. FM. FBI Mr. Scott A. Rago. 6:22-CV-609 will testify against Alan D. Albright, 28 C.F.R. §16.30 FBI CRIMINAL FILES Green's Texas Arrest FB2-9024FRU. (3:21-CV-3140) SEALED/ENDED 3:18-CV-3309 (1994-659-C) Magistrate Judge David L. Horan (6:14-CV-410) will testify against Alan D. Albright. 19-50037 United States Marshal Deputy Joe 3:18-CV-313. Waco Division (5:23-CV-114) Mailbox Rule. MS. J. Torres. Supervisor. ⊕ witness [pay, which the clerk accepted and filed without a proper form. ⊕ 5:23-CV-114. Ignorance is not an excuse for impeachment

Purposes, 5:23-cv-114-JKP

Page 5 of 6

(12) Alan D. Albright has a financial interest in this case and continue to exercise power without Subject Matter Jurisdiction 16:19-cv-313

# NO HABEAS CORPUS

III. Remedy. All EXHAUSTED. 4:19-0005 ~~[scribbled]~~ 6:19-008 ~~[scribbled]~~ ADA

IV. COLLATERAL ESTOPPEL

(13) May 23, 1989 – July 2021. FBI-97000-HT, 32 years has clearly exceeded 30 years. ~~[scribbled]~~ ADA,

(14) EX POST FACTO VIOLATION

(15) JURY TRIAL DEMANDED Compensatory and Punitive Damage and Attorney ~~[scribbled]~~

Page 5. See other side

Page 6 of 6

Fee's Damaged. I DEMAND MY LIBERTY. The FBI is higher than a judge committing Treason. Ref. 119, Sec. 3. You have studied Constitutional Law and Civil Rights instead of illegal punishment. How many black men have you put in Federal prison illegally or murdered on Federal death row?

(15) You white people will never respect Black People. Chief Justice Roger Taney, infamous speech in 1857. Dred Scott v. Sanford is true Alan D. Albright. Jason K. Pulliam is Sued. 19-50037 by Congress Authority. 6:18-cv-313, is for $7.25 Million Dollars. Now. 42 USC § 9613(g)(2) Congress cannot be usurped by this Court. Lowell Green 3/27/2023 No Bar To $7.25 Million Now

Lowell Greenbee FBI, CONGRESS, U.S. ATTY GENERAL,

Report #: PHO510  
Schema: TDCJ

Page 1 of 5  
Report Date/Time: 01/31/2023 08:27 AM

Hospital

**Medication Print Pass**  
CONNALLY (CY)   Nurse Rebrr Hill Nurse

1. Green v. UTMB

**ALLERGIES:** NO KNOWN ALLERGIES

(2) PATIENT: GREEN, LOWELL D   MRN: 518622   DOB: 05/13/1965   HOUSING: 8L31 CELL 51

**hydroCHLOROthiazide 25MG TAB**   LIFGN   NAME: May 23, 1989   RX_ID: 33160801  
KOP 1 TABS ORAL EVERY MORNING FOR 30 DAYS.   REFILLS: 0/11  
RX DATE: 01/30/2023 09:06 AM   RUN START DATE: 01/30/2023 09:05 AM   RUN END DATE: 03/01/2023 09:05 AM  
ORDERING FACILITY: CONNALLY (CY)   EXPIRATION DATE: 01/25/2024 09:05 AM  
ORDERING PROVIDER: SETTLES, LARRY J PA   ENTRY USER: SETTLES, LARRY J PA  
MEDICATION STATUS: ACTIVE

283d Dist. Court Dallas County, Texas

**LISINOPRIL 40MG TABLET**   RX_ID: 33038533  
KOP 1 TABS ORAL EVERY MORNING FOR 30 DAYS.   REFILLS: 0/5  
RX DATE: 01/03/2023 08:22 AM   RUN START DATE: 01/03/2023 08:22 AM   RUN END DATE: 02/02/2023 08:22 AM  
ORDERING FACILITY: CONNALLY (CY)   EXPIRATION DATE: 07/02/2023 08:22 AM  
ORDERING PROVIDER: WAGNER, PAMELA K APRN, FNP   ENTRY USER: WAGNER, PAMELA K APRN, FNP  
MEDICATION STATUS: ACTIVE

**SPIRONOLACTONE 25MG TABLET**   RX_ID: 33038532  
KOP 2 TABS ORAL EVERY MORNING FOR 30 DAYS.   REFILLS: 0/5  
RX DATE: 01/03/2023 08:22 AM   RUN START DATE: 01/03/2023 08:22 AM   RUN END DATE: 02/02/2023 08:22 AM  
ORDERING FACILITY: CONNALLY (CY)   EXPIRATION DATE: 07/02/2023 08:22 AM  
ORDERING PROVIDER: WAGNER, PAMELA K APRN, FNP   ENTRY USER: WAGNER, PAMELA K APRN, FNP  
MEDICATION STATUS: ACTIVE

(3) **TOTAL FOR GREEN, LOWELL D**   3

IMPOSSIBLE

(4) LOWELL DEQUINKY GREEN Sentence August 10, 1989, (30) years (UUMV) Tex. Penal Code Ann. §31.07

(5) (DOC) Rec'd August 28, 1989. TDC NO. 518622, App. 05-89-01170-CR (Dallas June 11, 1990) affirmed, (WR-82,981-07) App. April 25, 2018. (42 USC §1983) 7:16-CV-14 (Reed O'Connors) Bill Clement's unit mental health, James V. Allred Unit Texas Tech, Mental Health Patient Lowell DeQuinky Green-TDCJ-ID NO. 518622 (7:16-CV-14) Connally Unit (5:22-CV-0839) Xavier Rodriguez, committing Fraud on Congress Art. VI Oath, Treason enforcing illegal

Page 1. See other side.

Page 2 of 5

strike's and he cannot prove one.

5) Any judge ignorant enough to make a ruling before fact should be impeached

6) with his own ignorance. United States Department of Justice Federal Bureau of Investigation (J) 10) Mr. Scott A. Rago Clarksburg, WV 26306 NCN E20213200000 2T4701 (Green V. Judge K. Nicole Mitchell, N.O. 6:16-CV-1261 E.D. Tex. July Nov. 06, 2016)

7) (Same) (3:19-CV-0016 N.D. Tex Jan. 2019 Irma Carrillo Ramirez, Sam Cummings Senior Judges Contempt)

8) (Same) (6:22-CV-44 K. Nicole Mitchell Feb. 2022) (Treason on the Pleadings. Art. III, §3. The FBI will testify (9) 7:16-CV-147) Ms. J. Torres Connally Unit Mailroom Supervisor recorded Xavier Rodriguez Response to every document for his own impeachment, he still have the Medical Records how smart that is for a judge under Oath

Page 3

Case 5:23-cv-00433-FB Document 1 Filed 04/04/23 Page 10 of 17
Case 3:20-cv-02768-G-BN Document 2 Filed 09/02/20 Page 3 of 39 PageID 37
Page 3 of 5

Alfred H. Bennett, et al., USDC No. 3:19-cv-00067-L-BT (N.D. Tex. Dallas 1/8/2019). 19-10322 C.A. 5 (28 USC §2254) Green v. Davis, Dir. USDC No. 3:18-cv-1454-M-BT (6/4/2018) DKT #22

(9) Cause No. F89-97008-HT (UUMV) 5/23/1989 (30) years 8/10/1989. TDCJ Received 8/29/1989 TDCJ # 518622, See Green v. Warden Michael Butcher, U.S.DC. No. 4:19-cv-947-B (N.D. Tex Fort Worth Defendants US Judge John McBryde and Clerk Karen Mitchell for dismissing a merits civil rights claim under Local Rule LR 5.1 of the Local Civil Rules and Rule LCrR 49.2 of the Local Criminal Rules of this Court concerning the document-filing requirements of the under-

Page 3.

Signed. Plaintiff Green is required to serve (all) party's. 18 USC §241, and 18 USC §242, and 18 USC §4(a)(17)(2012) see 28 U.S.C. §1915(a)(1) Subject to sub-section (b) Prisoner proceeding in-forma pauper (paid) see Green v. TDCJ-ID (Polunsky Unit) Michael et al, Cause No. SC 1940. EXHIBIT "A". J.P. 1 DARRELL LONGINO 101 W. MILL ST #152 LIVINGSTON, TX 77351 (10/21/2019) Transferred. No. 4:19-N-942-B. See Lawrence v. Wills, 551 F.3d 92, 94 (1st Cir. 2008) (per curiam) (Court erred in dismissing pro se complaint for failure to timely effect service of process when inmate showed good cause for failure because inmate granted informa pauperis status are not required to request Marshall services),

Page 11

Cause NO. F89-97008-HT (Pending) Actual Innocence: Wrongful Conviction.

(10) (CIU) Cynthia R. Garza Special Fields Bureau Chief Conviction Integrity Unit Contact (214) 653-3600. The Texas Governor Greg Abbott and Parole Board is violating Federal law. $7.25 Million Dollars Punitive Damages for Abuse-of-Powers. Morrissey v. Brewer, 408 U.S. 471 (1972) Collateral Estoppel.

Relief Mandatory

(11) Lowell U Brown DONT HAVE ONE VALID JUDGMENT (FBI) DATA. On Review November 08, 2021. 9/30/2020 ALL illegal and incorrect information

Mr. Scott A. Rag

Lowell Brown 11/28/2021

(12) $7.25 Million Dollars (3/27/2023) Release NOW

Lowell Green #518622
Connally Unit
899 FM 632
Kenedy, Texas 78119

8LIOT

POSTAGE
DUE |ய—

Special Mail
NOTICE: FBI Section Chief
28 F.R. §16.30 Judge(s)
Shall Recusen Named herein.
By Order Of Congress
A.L. 111. §3". 14-0322
(3:18-CV-1459-M-BK)(E.T.al.2.)
(7:11-CV-14) IF THIS CORRESPONDENCE
IS NOT ADDRESS TO YOU That means
it is not for you. 18USC §401(1)(2012) "DO NOT OPEN" Return to J. Torres Mailroom,
Supervisor. 6:22-CV-361 The FBI Investigation is J. Torres, Sgt. Motes, Capt.
Roy White, Disciplinary "ABUSE" OF GOVERNMENT POWERS (A) federal crime.

Chief Judicial Officer
OFFICE OF ADMINISTRATION
United States Marshal's
United States District Court
Western District Of Texas
262 W. Nueva Ste #1-400
San Antonio, Texas 78207

Arrest Warrants was ordered. The U.S. Marshel's have jurisdiction. It is a federal Crime "tampering" with Lowell Green "Mail". FBI TRACKER 07689862131/2, J. Torres, Filed 3/27/2023. Connally unit. 28USC§1746. No body is above law, especially state government employee's Mail room "TAMPERING"!



Lowell Grant #51902
Connally Unit
899 FM 632
Kenedy, Texas 78119

Legal Mail

United States District Court
Office of the Clerk
Western District of Texas
262 W. Nueva Street #1-400
San Antonio, Texas 78207

RECEIVED
APR 4 2023
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY

**POSTAGE DUE !!!**

Lowell Grant #5186022
Connally Unit
899 FM 632
Kenedy, Texas 78119

8178

Chief Judicial Officer
OFFICE OF ADMINISTRATION
United States Marshal's
United States District Court
Western District of Texas #1-400
262 W. Nueva St.
San Antonio, Texas 78207

Special Mail
NOTICE: FBI Section Chief
28 U.S.C. §16.30 Judges
Shall Recuse Nunc Pro Tunc.
By Order of Congress
Art. III § 3. 141.0327 (EFOIA)
(3:18-cv-1454-M-BK)(EFOIA)

CRITICAL: IF THIS CORRESPONDENCE
IS NOT ADDRESS TO YOU. That Means
it is not for you. 18U.S.§401(1)(2012) "DO NOT OPEN"
b:2-N-36 the FBI Investigation is J. Torres, Sgt. Motas, Cpt.
Supervisor, Roy Whitby, Disciplinary "ABUSE OF GOVERNMENT FORCES" (A Federal Crime



Arrest Warrants was Ordered. The U.S. Marshals have jurisdiction. It is a Federal Crime. "Tampering" with Lowell Green "Mail". FBI Tracker 076998621312, 10665 Lowell Green "Mail". FBI Tracker 0769862174G, No body is above law Filed 3/27/2023. Connally unit. 28USC§1746. No body is above law especially state government employee's Mail room "Tampering"!